IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CR37 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ARNULFO RAMOS-INIGUEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's pro se motion for return of property, Filing No. 58. In response to the defendant's motion, the United States has shown that the 2000 Ford Excursion was seized on December 15, 2009, by the Drug Enforcement Agency pursuant to 21 U.S.C. § 881 and that $3,719 in United States currency was ordered forfeited to the Buffalo County Treasurer on March 11, 2010. *See* Filing No. 64. The United States is not in possession of the remaining property. This court is without further jurisdiction to order the return of property from a state entity. Accordingly,

IT IS ORDERED that defendant's motion for return of property (Filing No. 58) is denied without prejudice to filing such a motion in state court.

DATED this 12th day of March, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge